

# THE UNITED STATES DISTRICT COURT FOR THE 15 - 0800 JMC
## DISTRICT OF MARYLAND

### AFFIDAVIT

I, Jonathan D. Shaffer, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI for approximately six years, and am currently assigned to the Annapolis Resident Agency, Baltimore Division. Among my responsibilities are the investigation, apprehension, and arrest of Violent Crime Offenders and Fugitives. This affidavit is in support of a criminal complaint and arrest warrant charging Bhadreshkumar C. Patel, date of birth, May 15, 1990, with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

2. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and arrest warrant. This affidavit does not purport to set forth all my knowledge or all investigation information in this matter. The facts set forth in this affidavit are based upon information obtained from investigative reports, interviews, and debriefings with other law enforcement officers and witnesses. The facts set forth in this affidavit are also based upon my participation in this investigation, including my personal knowledge, observations, training, and experience.

3. On April 13, 2015, Bhadreshkumar C. Patel (B. Patel) was charged by the Anne Arundel County Police Department for first and second degree murder as well as first and second degree assault. On April 12, 2015, B. Patel was working at Dunkin Donuts with his wife, Palak Patel, when he struck her with a large kitchen style knife across the face, causing massive trauma which led to her death.

4. On April 13, 2015, the Anne Arundel County Police Department discovered that B. Patel retrieved his passport, issued in India, from his residence. Investigators also learned that B. Patel listed a New Jersey address on his I-94 form upon arrival in the country. On April 16, 2015, a witness, who positively identified B. Patel from a photograph, described how she drove B. Patel in a taxi from a location across the street from the crime scene to a Best Western Hotel in Newark, New Jersey, which is just outside the Newark International Airport.

5. On April 16, 2015, the Office of the State's Attorney for Anne Arundel County, Maryland, and the Anne Arundel County Police Department requested FBI assistance, pursuant to Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution, to locate and apprehend Bhadreshkumar C. Patel. State's Attorney Wes Adams of the Office of the

State's Attorney for Anne Arundel County, Maryland approves extradition of Bhadreshkumar C. Patel from wherever he is located.

6. Based upon the foregoing facts and circumstances, your affiant submits that there is probable cause to believe that the individual known as Bhadreshkumar C. Patel has fled the state of Maryland, in violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

Jonathan D. Shaffer, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on this ___ day of April, 2015.

J. Mark Coulson
United States Magistrate Judge

FILED ___ ENTERED
LODGED ___ RECEIVED
APR 20 2015
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

15 - 0800 JMC